UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

STEPHON PIERRE,

                                                Plaintiff,

            -against-

THE CITY OF NEW YORK, P.O. LEON LEWIS and P.O.
JOHN DOE, in their individual capacities,

                                            Defendants.
-------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

16 CV 5899 (MKB) (RML)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      Sept 28, 2017

~~RANKIN & TAYLOR, PLLC~~
~~Attorneys for Plaintiff~~
~~11 Park Place, Suite 914~~
~~New York, New York 10007~~

By: _____
David B. Rankin
Attorney for Plaintiff
Beldock Levine + Hoffman, LLP
99 Park Avenue 26th/FL
New York NY 10016
212-777-5825
drankin@blhny.com

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
Attorney for Defendants City of New York
  and Lewis
100 Church Street
New York, New York 10007

By: _____
Matthew W. McQueen
Assistant Corporation Counsel

SO ORDERED:
s/ MKB 10/02/2017
_____
MARGO K. BRODIE
United States District Judge